MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    FAX: (415) 436-6748
    jennifer.s.wang@usdoj.gov

Attorneys for Defendants

SARAH B. CASTELLO
Attorney at Law
LAW OFFICE OF ROBERT B. JOBE
550 Kearny St., Ste. 200
San Francisco, CA 94108
Phone: (415) 684-7293
Direct Fax: (415) 684-7293
Email: castello@jobelaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGIE FAYAD AND MAHMOUD FAYAD, <br><br> Plaintiff, <br><br> v. <br><br> ROBIN BARRETT, USCIS SAN FRANCISCO FIELD OFFICE DIRECTOR, ET AL., <br><br> Defendants. | CASE NO. C13-1917 MEJ <br><br> **JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR SUMMARY JUDGMENT MOTIONS; [PROPOSED] ORDER** |

JOINT STIPULATION RE: BRIEFING SCHEDULE FOR MOT. FOR SUMM. J.
C13-1917 MEJ                                                 1

**STIPULATION**

1. Defendants filed a motion for summary judgment in the above-captioned case on June 25, 2013, and noticed the motion for hearing on September 19, 2013, at 10:00 a.m.

2. Currently, pursuant to the Court's Procedural Order for Immigration Mandamus Cases, the briefing schedule for defendant's motion and/or any counter-motion for summary judgment by plaintiffs is as follows: (i) plaintiffs' opposition and/or counter-motion is due by July 25, 2013; (ii) defendants' reply and/or opposition is due August 8, 2013; and (iii) if plaintiffs opt to file a counter-motion on July 25, 2013, plaintiffs may file a reply by August 22, 2013.

3. On June 26, 2013, the Court ordered the parties to file a joint statement of undisputed facts by July 16, 2013.

4. Plaintiffs' counsel will be on vacation from July 1, 2013 to July 24, 2013. Defendants' counsel will be out of town the week of August 12, 2013, and has vacation scheduled during the week of September 9, 2013. Given the unavailability of plaintiffs' counsel until July 24, 2013, and defendants' counsel's schedule in August and September, subject to the approval of the Court, the parties hereby stipulate to the following briefing schedule for defendants' motion for summary judgment, and any counter-motion by plaintiffs.

   (i) The parties will file a joint statement of undisputed facts by August 21, 2013;

   (ii) Plaintiffs' opposition or counter-motion for summary judgment is due by August 30, 2013;

   (iii) Defendants' reply is due by September 24, 2013;

   (iv) If plaintiffs file a counter-motion for summary judgment on August 30, 2013, plaintiffs may file a reply by October 8, 2013.

   (v) The hearing on defendants' summary judgment motion will be continued to October 24, 2013, at 10:00 a.m. Any hearing on plaintiffs' counter-motion for summary judgment will be

held at the same date and time, October 24, 2013, at 10:00 a.m.

For the reasons stated above, the parties respectfully request that Court adopt the briefing schedule listed above.

IT IS SO STIPULATED.

DATED: July 8, 2013                           Respectfully submitted,
                                              MELINDA HAAG
                                              United States Attorney


                                              ____/s/_____
                                              JENNIFER S WANG
                                              Assistant United States Attorney


DATED: July 8, 2013
                                              LAW OFFICE OF ROBERT B. JOBE


                                              ____/s/_____
                                              SARAH CASTELLO
                                              Attorneys for Plaintiffs

## [PROPOSED] ORDER

Pursuant to the parties' stipulation and good cause having been shown, it is ordered that:

1. The deadline for the parties' joint statement of undisputed facts is extended to August 21, 2013;
2. Plaintiffs' opposition or counter-motion for summary judgment is due by August 30, 2013;
3. Defendants' reply brief is due by September 24, 2013;

4. If plaintiffs file a counter-motion for summary judgment, plaintiffs may file a reply by October 8, 2013;

5. The hearing on the defendants' summary judgment motion is continued to October ~~24~~ 31, 2013, at 10:00 a.m.  Any hearing on plaintiffs' counter-motion for summary judgment will be held at the same date and time, October ~~24~~ 31, 2013, at 10:00 a.m..

IT IS SO ORDERED.

DATED: July 9, 2013

_____
MARIA-ELENA JAMES
United States Magistrate Judge

JOINT STIPULATION RE: BRIEFING SCHEDULE FOR MOT. FOR SUMM. J.
C13-1917 MEJ                                                    4