1  Robert B. Jobe (CSBN 133089)
   Sarah B. Castello (CSBN 244735)
2  LAW OFFICE OF ROBERT B. JOBE
   550 Kearny Street, Ste. 200
3  San Francisco, CA 94108
   Tel:   (415) 956-5513
4  Fax:   (415) 840-0308
   Email: federal@jobelaw.com
5
   Attorneys for Plaintiffs
6
   MELINDA HAAG (CSBN 132612)
7  United States Attorney
   ALEX G. TSE (CSBN 152348)
8  Chief, Civil Division
   JENNIFER S WANG (CSBN 233155)
9  Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
10 San Francisco, California 94102-3495
   Tel: (415) 436-6967
11 Fax: (415) 436-6748
   Email: jennifer.s.wang@usdoj.gov
12
   Attorneys for Defendants

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| FAYAD, et al., | ) No.   3:13-cv-01917-MEJ |
|---|---|
| Plaintiffs, | ) JOINT STIPULATION AND<br>) [~~PROPOSED~~] ORDER RE: DISMISSAL |
| v. | ) |
| BARRETT, et al., | ) |
| Defendants. | ) |

This is an immigration case in which Plaintiffs challenge the denial of Ms. Fayad's Form I-130, petition for alien relative, filed on behalf of her husband, Mr. Fayad. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate that this action currently pending before the Court be dismissed without prejudice. Each party will bear its own costs and attorneys' fees.

//

Notice of Voluntary Dismissal
3:13-cv-01917-MEJ

| | | |
|---|---|---|
| 1 | Dated: August 20, 2013 | Respectfully submitted, |
| 2 | | LAW OFFICE OF ROBERT JOBE |
| 3 | | /s/ Robert B. Jobe |
| 4 | | Robert B. Jobe |

Dated:  August 20, 2013

MELINDA HAAG
United States Attorney

 /s/ Jennifer S. Wang

JENNIFER S WANG
Assistant United States Attorney

ORDER

IT IS SO ORDERED.

DATED:   8/20/2013

DATED: _____

HON. MARIA-ELENA JAMES